UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cv-402-RJC-DSC

| | |
|---|---|
| LYDIA A. CHARLES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PATRICK R. DONAHOE, )<br>POSTMASTER GENERAL, )<br>)<br>Defendant. )<br>) | **ORDER** |

**THIS MATTER** is before the Court on a review of Plaintiff's Application to Proceed Without Prepayment of Fees or Costs, (Doc. No. 1-1), and a review of what Plaintiff styles as a "Motion of Consideration to File a Civil Employment Discrimination Complaint and Action." (Doc. No. 1).

Plaintiff is instructed that she must submit a Complaint that is signed by her which sets forth her allegations against the defendant. See generally Federal Rules of Civil Procedure 8 and 11. The Court notes that Plaintiff did not sign her "Motion" and that this would be grounds to dismiss the Motion or a complaint if she elects to file one. See Federal Rule of Civil Procedure 11 ("Every pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name – or by a party personally if the party is unrepresented.").

Plaintiff is proceeding pro se in this matter but she still must comply with the Federal Rules of Civil Procedure. If Plaintiff submits a complaint to the Clerk of Court which substantially complies with Rules 8 and 11 of the Federal Rules of Civil Procedure, among others, the complaint, together with her application to proceed without prepayment of fees and

costs will be examined by the Court.

**IT IS, THEREFORE, ORDERED** that Plaintiff must submit a complaint which complies with Rules 8 and 11, among others, of the Federal Rules of Civil Procedure. <u>Plaintiff is warned that failure to submit a signed complaint within 14 days from entry of this Order may result in an Order directing the Clerk of Court to close this case.</u>

Signed: July 17, 2012

Robert J. Conrad, Jr.
Chief United States District Judge