IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| LYDIA A. CHARLES, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CIVIL NO: 3:12CV402-RJC-DSC |
| PATRICK R. DONAHOE, POSTMASTER GENERAL, | ) | |
| Defendant. | ) | |

## ORDER

THIS CAUSE is before the Court upon the Federal Defendant's Motion for Stay of Initial Attorneys Conference.

Upon consideration of the Motion, for the reasons stated in the Motion and for good cause shown, IT IS ORDERED that:

The Motion is GRANTED, and the requirement of an Initial Attorneys Conference (IAC) is stayed up to and including June 18, 2013, and the requirement for filing a Certification of IAC and proposed Case Management Plan is stayed up to and including June 25, 2013.

**SO ORDERED**.

Signed: May 31, 2013

_____
David S. Cayer
United States Magistrate Judge